USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 21 2008

United States District Court
District of New Jersey

United States of America           :     Criminal No. 08-294 (RMB)

v.                                 :

DEREK WARREN SHAW                  :     08 CRIM 454

Consent to Transfer of Case
for Plea and Sentence
(Under Rule 20)

I, DEREK WARREN SHAW, defendant, have been informed that an Indictment is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Southern District of New York in which I am held, and to waive trial in the above-captioned District.

Dated:

_____
Derek Warren Shaw

_____
Mitchell Dinnerstein, Esq.

Approved:

_____          _____
United States Attorney for the      United States Attorney for the
Southern District of New York       District of New Jersey

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH
By _____ Clerk