USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
dpm/2007R00818
DOC #:
DATE FILED: MAY 21 2008

**08 CRIM 454**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
WILLIAM T. WALSH, CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 08-294 (RMB) |
| | : | |
| v. | : | 18 U.S.C. § 751 |
| | : | 18 U.S.C. § 2 |
| DEREK WARREN SHAW | : | I N D I C T M E N T |

2008 APR 22 A 11: 58
UNITED STATES
DISTRICT COURT

   The Grand Jury in and for the District of New Jersey, sitting at Camden, charges:

   On or about July 17, 2007, in Cumberland County, in the District of New Jersey and elsewhere, the defendant,

DEREK WARREN SHAW,

did knowingly escape from the custody of the United States Department of Justice, Bureau of Prisons, Federal Correctional Institution Fairton, an institutional facility in which he was lawfully confined at the direction of the Attorney General, by virtue of a judgment and commitment of the United States District Court for the Eastern District of Virginia, upon conviction for the commission of Possession With Intent To Distribute Cocaine Base, in violation of Title 21, United States Code, Section 841.

   All in violation of Title 18, United States Code, Sections 751 and 2.

A TRUE BILL

_____
FOREPERSON

*Christopher J. Christie*
CHRISTOPHER J. CHRISTIE
United States Attorney

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK
By _____
Deputy Clerk

CASE NUMBER: 2007R00818

**United States District Court**
**District of New Jersey**

UNITED STATES OF AMERICA

v.

DEREK WARREN SHAW

**INDICTMENT FOR**
18 U.S.C. § 751
18 U.S.C. § 2

A True Bill,

_____
Foreperson

**CHRISTOPHER J. CHRISTIE**
*UNITED STATES ATTORNEY*
*NEWARK, NEW JERSEY*

DEBORAH PRISINZANO MIKKELSEN
*ASSISTANT UNITED STATES ATTORNEY*
856-757-5026

CLOSED

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CRIMINAL DOCKET FOR CASE #: 1:08-cr-00294-RMB-1
### Internal Use Only

Case title: USA v. SHAW
Magistrate judge case number: 1:07-mj-02084-JS

Date Filed: 04/22/2008
Date Terminated: 05/12/2008

Assigned to: Judge Renee Marie Bumb

**Defendant (1)**

**DEREK WARREN SHAW**
*TERMINATED: 05/12/2008*

represented by **TOM YOUNG**
PUBLIC DEFENDERS OFFICE
800 HUDSON SQUARE
SUITE 350
CAMDEN, NJ 08101
Email: thomas_young@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

18:751 and 2 PRISONER IN CUSTODY OF INSTITUTION OR OFFICER - ESCAPE FROM THE CUSTODY OF THE UNITED STATES DEPARTMENT OF JUSTICE BUREAU OF PRISONS (DOF 7/17/07)
(1)

**Disposition**

RULE 20 OUT (Transferred to Southern District of New York)

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK
By_____
        Deputy

**Highest Offense Level (Terminated)**

Felony

**Complaints**

18:751A.F; THAT IS, ESCAPE FROM
THE FEDERAL BUREAU OF
PRISONS, FCI FAIRTON

**Disposition**

**Plaintiff**

USA  represented by  DEBORAH PRISINZANO
MIKKELSEN
OFFICE OF THE US ATTORNEY
401 MARKET STREET
4TH FLOOR
PO BOX 2098
CAMDEN, NJ 08101
(856) 757-5026
Email: deborah.mikkelsen@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/17/2007 | 1 | COMPLAINT as to DEREK WARREN SHAW (1). (bb, ) [1:07-mj-02084-JS] (Entered: 07/18/2007) |
| 07/17/2007 | 2 | *SEALED* ARREST Warrant Issued in case as to DEREK WARREN SHAW. (bb, ) [1:07-mj-02084-JS] (Entered: 07/18/2007) |
| 01/30/2008 | 3 | APPLICATION for Writ of Habeas Corpus by USA. (bb, ) [1:07-mj-02084-JS] (Entered: 01/30/2008) |
| 01/30/2008 |  | Writ of Habeas Corpus Issued as to DEREK WARREN SHAW for 2/13/08 (bb, ) [1:07-mj-02084-JS] (Entered: 01/30/2008) |
| 01/30/2008 |  | Set Hearings as to DEREK WARREN SHAW: Initial Appearance set for 2/13/2008 01:45 PM in Camden - Courtroom 3C before Magistrate Judge Joel Schneider. (bb, ) [1:07-mj-02084-JS] (Entered: 01/30/2008) |
| 01/31/2008 | 4 | NOTICE OF ATTORNEY APPEARANCE DEBORAH PRISINZANO MIKKELSEN appearing for USA. (MIKKELSEN, DEBORAH) [1:07-mj-02084-JS] (Entered: 01/31/2008) |
| 02/13/2008 |  | Arrest of DEREK WARREN SHAW (bb) [1:07-mj-02084-JS] (Entered: 02/13/2008) |
| 02/13/2008 | 5 | Minute Entry for proceedings held before Magistrate Judge Joel Schneider:Initial Appearance as to DEREK WARREN SHAW held on 2/13/2008, Attorney Appointment Hearing as to DEREK WARREN SHAW held on 2/13/2008; Tom Young, AFPD appointed for defendant. Detention Hearing as to DEREK WARREN SHAW held on 2/13/2008; Defendant consents to detention. Order entered. (Tape #Disc #26.) (bb) [1:07-mj- |

| | | 02084-JS] (Entered: 02/13/2008) |
|---|---|---|
| 02/13/2008 | 6 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to DEREK WARREN SHAW TOM YOUNG for DEREK WARREN SHAW appointed. Signed by Magistrate Judge Joel Schneider on 2/13/08. (bb, ) [1:07-mj-02084-JS] (Entered: 02/13/2008) |
| 02/13/2008 | 7 | ORDER OF DETENTION as to DEREK WARREN SHAW. Signed by Magistrate Judge Joel Schneider on 2/13/08. (bb) [1:07-mj-02084-JS] (Entered: 02/13/2008) |
| 02/13/2008 | 8 | ORDER TO CONTINUE - Ends of Justice as to DEREK WARREN SHAW Time excluded from 2/13/08 until 5/13/08. Signed by Magistrate Judge Joel Schneider on 2/13/08. (bb, ) [1:07-mj-02084-JS] (Entered: 02/13/2008) |
| 04/22/2008 | 9 | INDICTMENT as to DEREK WARREN SHAW (1) count(s) 1. (lc) (Entered: 04/22/2008) |
| 04/22/2008 | | Notice of Allocation and Assignment to Hon. Renee M. Bumb as to DEREK WARREN SHAW (lc) (Entered: 04/22/2008) |
| 04/23/2008 | | (Court only) ***Staff Notes as to DEREK WARREN SHAW: Susan Bush notified via e-mail about the merging of the magistrate complaint (lc) (Entered: 04/23/2008) |
| 05/12/2008 | 10 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Southern District of New York Counts closed as to DEREK WARREN SHAW (1) Count 1. (lc) (Entered: 05/12/2008) |
| 05/12/2008 | | (Court only) ***Set CLOSED Flag as to DEREK WARREN SHAW (lc) (Entered: 05/12/2008) |



UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
OFFICE OF THE CLERK
CAMDEN OFFICE

MITCHELL H. COHEN US COURTHOUSE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STS., ROOM 1050
CAMDEN, NJ 08101

WILLIAM T. WALSH
CLERK

MAY 12, 2008

JAMES M. PARKISON, CLERK
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York

re: U.S.A. vs. DEREK WARREN SHAW
Criminal 08-294-RMB

Dear Clerk:

   We herewith enclose certified copies of Consent to transfer of case for Plea and Sentence (Under Rule 20), indictment, together with a certified copy of the docket entries, in the above captioned case which has been transferred to your District pursuant to Rule 20 transfer.

   Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

Very truly yours,

WILLIAM T. WALSH, CLERK

by: Luz E. Castro
Deputy Clerk

cc: FILE



UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
OFFICE OF THE CLERK
CAMDEN OFFICE

MITCHELL H. COHEN US COURTHOUSE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STS., ROOM 1050
CAMDEN, NJ 08101

WILLIAM T. WALSH
CLERK

MAY 12, 2008

JAMES M. PARKISON, CLERK
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York

re: U.S.A. vs. DEREK WARREN SHAW
Criminal 08-294-RMB

Dear Clerk:

We herewith enclose certified copies of Consent to transfer of case for Plea and Sentence (Under Rule 20), indictment, together with a certified copy of the docket entries, in the above captioned case which has been transferred to your District pursuant to Rule 20 transfer.

Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

Very truly yours,

WILLIAM T. WALSH, CLERK

by:
Luz E. Castro
Deputy Clerk

cc: FILE